PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No. 95-00219-002

Susy Gutierrez

On January 29, 2002, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Elizabeth Villa/pt*

United States Probation Officer  
Elizabeth A. Villa

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _16_ day of _August_, 20_05_.

United States District Judge

Dennis M. Cavanaugh  
U.S. District Judge